PROB 12B
(7/93)

Report Date: May 18, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 21 2010

JAMES R. LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mahpiya M. Whitehorse         Case Number: 2:09CR00065-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 02/22/2010            Type of Supervision:  Supervised Release

Original Offense: Sexual Abuse of a Minor, 18    Date Supervision Commenced: 08/16/2010
U.S.C. §§ 2243(a) and 1153

Original Sentence: Prison - 14 months;           Date Supervision Expires: 08/15/2015
TSR - 60 months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

24  You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

Mr. Whitehorse does not currently have an approved residence to release to. He is scheduled to release from Federal custody on or about August 16, 2010. Placement at a RRC will give Mr. Whitehorse the opportunity to establish employment, participate in counseling, and secure an approved residence. The defendant has agreed to this modification as evidenced by the attached signed waiver of hearing to modify the conditions of supervision.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/18/2010

s/Richard Law

Richard Law
U.S. Probation Officer

Prob 12B
Re: Whitehorse, Mahpiya M.
May 18, 2010
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

5/19/10
Date

PROB 49
(3/89)

# United States District Court

_____Eastern_____ District _____of Washington_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall reside in a residential reentry center (RRC) for a period up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

Witness _____  Signed _____
P. Perona, Case Manager                          Probationer or Supervised Releasee
Federal Bureau of Prisons

_____
Date