PROB 12C
(7/93)

Report Date: December 17, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**DEC 17 2010**

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mahpiya M. Whitehorse           Case Number: 2:09CR00065-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 2/22/2010

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. § 2243(a) and 1153 | |
| Original Sentence: | Prison - 14 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Robert A. Ellis | Date Supervision Commenced: 8/16/2010 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: 8/15/2015 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Standard Condition #6:** Defendant shall notify the probation office at least 10 days prior to any change of residence or employment.

**Supporting Evidence:** On December 17, 2010, the undersigned officer was notified by staff at the Spokane Residential Reentry Center (RRC) that on December 16, 2010, at 8:20 p.m., Mr. Whitehorse left the facility to take out a bag of trash and never returned. His current whereabouts are unknown.

2    **Special Condition # 24:** You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence:** As noted above, it appears the defendant has absconded from the RRC. Additionally, on December 12, 2010, RRC staff, when reviewing security camera footage, discovered that Mr. Whitehorse had left the facility on December 11, 2010, at 11:36 p.m. and did not return until December 12, 2010, at 2:16 a.m. Additionally, given the defendant has absconded from the RRC facility, he has further violated rules and will be terminated from the program.

Prob12C
Re: Whitehorse, Mahpiya M.
December 17, 2010
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/17/2010

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*(signature)*
Signature of Judicial Officer

December 17, 2010
Date