PROB 12C
(7/93)

Report Date: April 7, 2011
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 08 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Mahpiya M. Whitehorse | Case Number: 2:09CR00065-001 |

Address of Offender: Okanogan County Jail, Okanogan, WA 98840

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 2/22/2010

| | | |
|---|---|---|
| Original Offense: | Sexual Abuse of a Minor, 18 U.S.C. §§ 2243(a) and 1153 | |
| Original Sentence: | Prison - 14 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Robert A. Ellis | Date Supervision Commenced: 8/16/2010 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: 8/15/2015 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/17/2010.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On March 28, 2011, the defendant was arrested by the Puyallup Police Department for the offense of Making False Statements to a Public Servant. Mr. Whitehorse pled guilty to Making False Statements to a Public Servant in the Puyallup Municipal Court on March 28, 2011, and was sentenced to 365 days jail with 360 days suspended and 12 months of monitored, unsupervised probation. |
| 4 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer. |
| | **Supporting Evidence**: Mr. Whitehorse was arrested in the Western District of Washington on March 28, 2011. He did not have permission to travel outside of the Eastern District of Washington. |
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

Prob12C
Re: Whitehorse, Mahpiya M.
April 7, 2011
Page 2

**Supporting Evidence**: The undersigned officer has been informed by the U.S. Marshals Service that a prosecution packet has been submitted to the U.S. Attorney's Office regarding the defendant being a sex offender and failing to register a change of address. Federal charges regarding this are expected to be filed in the Eastern District of Washington in the near future.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/7/2011

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

April 8, 2011
Date